373 A.2d 1118

Commonwealth v. Bryant, Appellant.

580

Submitted November 16, 1976.  Emil R. Pecori, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.